**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:        Carl Andrew Clark v. The State of Texas

Appellate case number:      01-17-00754-CR and
                            01-17-00756-CR

Trial court case number:    CR2012-224 and
                            CR2013-178

Trial court:                207th District Court of Comal County

Appellant, Carl Andrew Clark, has filed a "Motion to Stay Due Date for Appellant's Brief," asking that "the due date for his brief be suspended pending completion of the reporter's record." A reporter's record was filed in this appeal on October 12, 2017. According to appellant's motion, the reporter's record is incomplete and, on December 15, 2017, he requested a supplemental reporter's record. *See* TEX. R. APP. P. 34.6(b), (d). Appellant's brief currently is due to be filed in these appeals on January 8, 2018. *See id.* 34.1, 38.6(a).

Appellant's motion is **granted in part**. The time to file appellant's brief in these appeals is extended to February 7, 2018. *See id.* 38.6(d).

It is so ORDERED.


Judge's signature: /s/ Russell Lloyd
                    ☑ Acting individually     ☐ Acting for the Court


Date:  December 28, 2017